## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| **SUSAN D. GOODE,** | ) |
| **Plaintiff** | ) ) ) |
| v. | ) ) Civil No. 06-65-P-S |
| **SIGNET ELECTRONIC SYSTEMS, INC.,** | ) ) ) ) |
| **Defendant** | ) ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (Docket No. 12) on June 8, 2006. Defendant filed its Objection to Report and Recommended Decision on June 26, 2006 (Docket No. 13). Plaintiff filed its Response to Objection on July 14, 2006 (Docket No. 14).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. Defendant's Motion to Dismiss (Docket No. 5) is GRANTED as to Count II. As to Counts I & III, the Motion is Dismiss is DENIED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated: July 17, 2006.